# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FILED/REC'D
2026 JAN 16 P 12: 33
CLERK OF COURT
U.S. DISTRICT COURT
E.D. OF WI

(Full name of plaintiff(s))

Eddie Burch

v.

(Full name of defendant(s))

Emily Moore
Whitney Beckman
Reid E. Wartzel
Troy J. Enger

Case Number: 26 CV 038 WMC

(to be supplied by Clerk of Court)

A.  PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __14123 Funnel Rd, Camp Douglas, WI 54618__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Emily Moore__
                                                            (Name)

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at ___203 E. Cliton St, Tomah, WI 5466___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___DCC DOC Wisconsin Probation___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Eddie Burch

v.

(Full name of defendant(s))

Emily Moore

Whitney Seckmar

Reid E. Wurtzel

Troy J. Enger

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   14123 Funnel Rd, Camp Douglas, WI 54618
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Whitney Seckmar__
                                              (Name)

is (if a person or private corporation) a citizen of __Wisconsin_____
(State, if known)

and (if a person) resides at __203 E. Cliton St, Tomah, WI 54660_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __DCC/DOC Wisconsin Probation and Parole_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Eddie Burch

v.

Case Number:

(Full name of defendant(s))

Emily Moore
Whitney Seckmar
Reid E. Wurtzel
Troy J. Enger

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of  Wisconsin  and resides at
   (State)
   14123 Funnel Rd, Camp Douglas, WI 54618.
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant  Reid Wurtzel
   (Name)

Complaint – 1

# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Eddie Burch__

vs

Case Number:

(Full name of defendant(s))

__Emily Moore etc.__

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _____ and resides at
(State)

_____
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant __Troy J. Enger__
    (Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __3099 E. Washington R. Madison, WI__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____
_____
_____
_____
_____
_____
_____
_____

# Complaint

1. Aug 2025 I transferred my juvenile delinquent registration from DuPage county Illinois
2. to Monroe county Wisconsin.
3. I, Eddie Burch have been on this juvenile delinquent registration since around 2005
4. out of DuPage County in Illinois which is not public by the presiding judge.
5. I, Eddie Burch know Illinois and Wisconsin have different procedures but the Federal
6. law is the same in both states.
7. Defendant Wurtzel unlawfully disclosed my registration information to Defendant
8. Emily Moore who unlawfully with willful and wanton conduct electronically filed
9. private juvenile information.
10. Defendant Wurtzel whom I have been in compliance with never mentioned
11. disclosure of my registration and had no lawful reason to do so.
12. Both Defendants Wurtzel and Moore action violated my Fourteenth Amendment
13. under Equal Protection.
14. On Nov. 22, 2025 Defendant Moore without probable cause and lacking authority
15. required that I fill out a sexual history questionnaire.
16. Since Dec 19, 2025 I have been leaving my residence at 10 p.m to 6 am to sleep in a
17. cold car because of Emily Moore and Whitney Seckmar cruel and unusual probation
18. requirements.
19. ,Defendant Emily Moore's action is a clear abuse of power and violation of my 4th

20.     Amendment Right to the U S Constitution, Wisconsin statute 304.16 Interstate
21.     Compact (ICAOS).
22.     I, Eddie Burch was granted interstate compact probation travel from Freeport, IL
23.     Stephenson County.
24.     I, Eddie Burch was granted permission to move because the only address I have is
25.     on Funnel Rd in Camp Douglas WI.
26.     Lacey Post whom I live with at the Camp Douglas address is listed on my probation
27.     stipulation in order for the interstate compact to be granted.
28.     Following interstate compact Act and juvenile delinquent registration I must have a
29.     address on file to be in compliance.
30.     Since transferring my probation it was made clear that Emily Moore is my supervisor
31.     in Wisconsin and was given the stipulation that Illinois wants me to abide by.
32.     However, Defendant Moore's lack of respect for Wisconsin Federal and State Laws
33.     are shown through her ill intention.
34.     Defendant Moore is required to keep the Illinois probation department updated on
35.     any changes made to my probation stipulations.
36.     Defendant Moore has added stipulations that disclosed my Juvenile information and
37.     done without the knowledge of Illinois probation department.
38.     Defendant Moore actions are in violation of the Interstate Compact Act but also
39.     abuse of the disabled.
40.     Defendant Moore has prior knowledge of my disability and lack of vision but still

41. was cruel in her stipulation.

42. Defendant Moore has disclosed my registration to several people without my
43. knowledge or having probable cause to disclose.
44. Defendant Emily Moore's supervisor Seckmar approved the request made by
45. Defendant Moore.
46. Defendant Seckmar actions to approve Emily Moore's cruel and unusual actions
47. knowing they are in violation of The Federal and State laws shows the lack of
48. training and supervision over probation officers.
49. On 12/26/2025
50. I appealed Defendant Moore decision and was denied by Defendant Seckmar on
51. 12/30/2025.

52. Defendant Seckmar was made aware that I am legally blind and only have one
53. address in Wisconsin but showed no remorse.
54. Defendant Whitney's failure to intervene properly and approve the requirement as
55. well as the stipulations wrongful disclosure of juvenile records.
56. Defendant Moore has disregarded Illinois and Wisconsin judges who gave
57. permission to be at the Funeral Rd address and threatened jail if I disregarded her
58. unlawful stipulations.
59. Defendant Moore has even gone as far as changing my juvenile registration address

60. without my knowledge to homeless which is a violation of Wisconsin interstate
61. compact Act of Wisconsin.
62. On 12/22/2025 I made an appeal to Troy J Enger
63. DCC Administrator to review both Defendants decisions.
64. In my appeal I asked that the 10 p.m to 6 a.m stipulation be removed but also made
65. aware of my disability with my vision.
66. On 12/26/2025 I received the email from defendant Moore with the decision from
67. Defendant Troy J Enger who denied my request and upheld Defendant Moore
68. unusual stipulation.
69. Defendant Enger is in charge of overseeing the probation department and making
70. sure that I'm treated as a resident of Wisconsin.
71. However, Defendant Enger's agreement to the injustice by Defendant Seckmar and
72. Moore makes him just as liable for any/all violation that has occurred.

is (if a person or private corporation) a citizen of  Wisconsin
(State, if known)

and (if a person) resides at 3099 E. Washington St Madison, WI
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for DOC S/O Registration Program
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 2

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20 200 .

Respectfully Submitted,

_leslie burk_____
Signature of Plaintiff


_____
Plaintiff's Telephone Number


_____
Plaintiff's Email Address


_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.